776 A.2d 265

**Jerome SILO, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et. al., Appellee.**

**No. 24 WD Appeal Docket 2001.**

Supreme Court of Pennsylvania.

June 12, 2001.

## *ORDER*

PER CURIAM:

**AND NOW,** this 12th day of June, 2001, probable jurisdiction is noted and the order appealed is affirmed. The Application for Stay and Application To File Reduced Number of Copies of Pleadings are dismissed.